UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN CHRISTIAN BLASINGAME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:14-CV-147-FL |
| TOWN OF LELAND, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings as to plaintiff's first and third claims for relief and defendant's motion for summary judgment as to plaintiff's second claim for relief.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered December 29, 2014 and May 21, 2015, and for the reasons set forth more specifically therein, that defendants' motions are granted and all claims arising in this case are dismissed.

**This Judgment Filed and Entered on May 21, 2015, and Copies To:**
Thomas S .Hicks  (via CM/ECF Notice of Electronic Filing)
Norwood P. Blanchard, III (via CM/ECF Notice of Electronic Filing)


May 21, 2015               JULIE RICHARDS JOHNSTON, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk